**E-Filed 12/14/2006**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FELD, DDS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TRACY HEETER, DDS, et al.,<br><br>        Defendants.<br><br>AND RELATED CROSS ACTION. | Case Number C 06-04031 JF<br><br>ORDER[1] GRANTING EX PARTE APPLICATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE<br><br>[re: docket no. 8] |

      On December 4, 2006, Cross-Defendants Marshall Castle, Timothy Parker, and Leonard Feld moved the Court to move the date of the Case Management Conference currently scheduled for January 12, 2007, to a date after January 18, 2007. The moving parties state that a mediation has been scheduled for January 18, 2007, and believe that the future handling of this matter can be better assessed if the Case Management Conference is heard after the Mediation. The motion is unopposed.

      Having read the moving papers, the Court concludes that it should reschedule the Case Management Conference for January 26, 2007, at 10.30 a.m.

---

    [1] This disposition is not designated for publication and may not be cited.

Case No. C 06-04031 JF
ORDER GRANTING EX PARTE APPLICATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE
(JFLC1)

1  IT IS SO ORDERED.

4  DATED: December 14, 2006.

           _____
           JEREMY FOGEL
           United States District Judge

Case No. C 06-04031 JF
ORDER GRANTING EX PARTE APPLICATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE
(JFLC1)

1  This Order has been served upon the following persons:

2  James L. Dawson          jld@mfedlaw.com,

3  Linda Eilene O'Brien     OBrien@octrialawyers.com, pdiroff@octrialawyers.com

4  Frank F. Sommers , IV    ffs@sommersschwartz.com, drh@sommersschwartz.com,
                            ahs@sommersschwartz.com
5
   Frederick E. Turner      fturner@trlawyers.com,
6
   Gregory R. de la Pena    gdelapena@dlpmcd.com, dalexander@dlpmcd.com
7

8  Notice will be delivered by other means to:

9  Richard J. Reynolds
   Turner Reynolds Greco and O'Hara
10 16485 Laguna Canyon Rd. #250
   Irvine, CA 92618
11
   Steven J. Sibley
12 Dinapoli & Sibley
   Ten Almaden Boulevard
13 Suite 1220
   San Jose, CA 95113-2233
14
   USBC Manager-San Jose
15 US Bankruptcy Court
   280 South First Street
16 Room 3035
   San Jose, CA 95113

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-04031 JF
ORDER GRANTING EX PARTE APPLICATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE
(JFLC1)