UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FLED DDS ET AL, ) | Case No.: C- 06-4031 JF   PVT |
| Plaintiffs, ) | **ORDER SETTING DISCOVERY STATUS CONFERENCE** |
| v. ) | |
| TRACY HEETER, DDS, ET AL, ) | |
| Defendants. ) | |

On June 8, 2007, Judge Fogel held a case management conference and ordered that the parties identify additional discovery no later than July 9, 2007. On July 9, 2007, Defendant Steven J. Sibley and DiNapoli &Sibley and Plaintiffs filed letters with their lists of the additional discovery they intended to take. In order to ensure that discovery is proceeding in an orderly fashion,

IT IS HEREBY ORDERED that all parties shall appear for a discovery status conference at 2:00 pm on September 11, 2007. The parties shall file a joint status conference statement indicating the status of discovery and any problems that currently require court attention. If there are no discovery issues that require court attention, the parties may request that the status conference be vacated.

Dated: August 15   2007

_Patricia V. Trumbull_
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*