FREDERICK E. TURNER (SBN 96776)
RICHARD J. REYNOLDS (SBN 89911)
TURNER, REYNOLDS, GRECO & O'HARA
A Law Corporation
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618-3837
Tel: (949) 474-6900; Fax (949) 474-6907
Attorneys for Plaintiffs/Cross-Defendants
LEONARD FELD, ARSHAL CASTLE, TIM PARKER
and JONELLE PARKER

LINDA E. O'BRIEN (SBN 134941)
LAW OFFICES OF LINDA E. O'BRIEN, APC
16485 Laguna Canyon Road, Suite 260
Irvine, CA 92618-3837
Tel: (949) 727-4060; Fax (949) 727-4070
Attorneys for Plaintiffs/Cross-Defendants
SOUTH BAY DENTAL SERVICES, INC.,
LEONARD FELD DDS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FELD, DDS., a California corporation; SOUTH BAY DENTAL SERVICES, INC., a California corporation; LEONARD FELD, an individual; MARSHALL CASTLE, an individual; TIM PARKER, an individual; JANELLE PARKER, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>TRACY HEETER, DDS, an individual, TRACY K. HEETER, DDS, INC., a California corporation; SYLVIA COX, an individual; SOUTH BAY DENTAL CENTER, INC., a California corporation; SOUTH BAY HEALTH CENTER, INC., a California corporation; STEVEN SIBLEY, an individual, DINAPOLI & SIBLEY, and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | Case No. C 06-04031 JF<br>Discovery Matters Assigned to:<br>Judge Patricia Trumbull<br><br>xxxxxxxxxxxx  ORDER CONTINUING THE DISCOVERY STATUS CONFERENCE<br><br>[Transferred from USBC ND San Jose Adversary Proceeding No. 03-5164 ASW]<br><br>TRIAL DATE:　　None |

1

Order To Continue Discovery Status Conference  (Case No. C 06-04031 JF)

| | |
|---|---|
| SYLVIA COX,<br><br>　　　　　Cross-Complainant,<br><br>　　vs.<br><br>MARSHALL CASTLE; TIMOTHY PARKER; LEONARD FELD; LEONARD FELD DDS, INC.; SOUTH BAY DENTAL SERVICES, INC.; DENTAL X-RAY AND PHOTOGRAPHY; DENTECH, DENTECH MARKETING DIRECTIONS; DENTECH PARKER MANAGEMENT; AND ROES 1-20, inclusive,<br><br>　　　　　Cross-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

　　　　Pursuant to the stipulation of all Parties, the discovery status conference set before Judge Patricia Trumbull on September 11, 2007 at 2:00 p.m. is continued to October 2, 2007 at 2:00 p.m in Department 5 of the above referenced court.

DATED: September 10, 2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge