FREDERICK E. TURNER (SBN 96776)
RICHARD J. REYNOLDS (SBN 89911)
KEITH VAN DYKE (SBN 125124)
TURNER, REYNOLDS, GRECO & O'HARA
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618-3837
Telephone:  949 474-6900
Facsimile:   949 474-6907
Attorneys for Plaintiffs/Cross-Defendants,
LEONARD FELD, MARSHAL CASTLE, TIM PARKER AND JONELLE PARKER

LINDA E. O'BRIEN (SBN 134941)
LAW OFFICES OF LINDA E. O'BRIEN, APC
16485 Laguna Canyon Road, Suite 260
Irvine, CA 92618-3837
Telephone:  949 727-4060
Facsimile:   949 727-4070
Attorneys for Plaintiffs and Cross-Defendants,
LEONARD FELD, DDS, INC. and SOUTHBAY DENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FELD, DDS, etc., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRACY HEETER, DDS, etc., et al.,<br><br>　　　　　　Defendants.<br>_____<br>AND RELATED CROSS ACTIONS<br>_____ | CASE NO.: C 06-04031JF<br>Discovery Matters Assigned to:<br>Judge Patricia Trumbull<br><br>JOINT STIPULATION TO VACATE DISCOVERY STATUS CONFERENCE AND ORDER THEREON<br><br>[Transferred from USBC ND San Jose - Adversary Proceeding No. 03-5164 ASW]<br><br>DATE:　　November 2, 2007<br>TIME:　　9:30 a.m.<br>CTRM:　　5<br><br>TRIAL DATE:　　None |

　　　Plaintiffs/Cross-Defendants LEONARD FELD DDS, INC., SOUTHBAY DENTAL SERVICES, INC.; and Defendants, LEONARD FELD, MARSHAL CASTLE, TIM PARKER, and JANELLE PARKER, Defendant/Cross-Complainant SYLVIA COX; and Defendants TRACY HEETER, DDS and TRACY K. HEETER DDS, INC., SOUTH BAY

1  DENTAL CENTER, INC., SOUTH BAY HEALTH CENTER, INC., STEVEN SIBLEY, and
2  DINAPOLI & SIBLEY, submit the following Joint Stipulation to Vacate the Discovery
3  Status Conference:
4
5      WHEREAS, the Court set the Discovery Status Conference for November 2, 2007
6  at 9:30 a.m. in Department 5 of the above-referenced Court.
7      WHEREAS, the parties are currently cooperating in completing the discovery
8  ordered by the Court and agree there is no need for a discovery status conference.
9
10     IT IS HEREBY STIPULATED by the parties hereto through their counsel of record
11 as follows:
12     The Discovery Status Conference scheduled for November 2, 2007 is hereby
13 vacated.
14
15 Dated:  September 14, 2007        LAW OFFICES OF LINDA E. O'BRIEN,
                                     A PROFESSIONAL CORPORATION
16
17                                   By:__/S/_____
                                         LINDA E. O'BRIEN
18                                       Attorney Plaintiffs/Cross-Defendants,
                                         SOUTHBAY DENTAL SERVICES, INC. and
19                                       LEONARD FELD, D.D.S.
20
21 Dated:  September 14, 2007        **TURNER, REYNOLDS, GRECO & O'HARA**
22
23                                   By:__/S/_____
                                         FREDERICK E. TURNER
                                         RICHARD J. REYNOLDS
24                                       KEITH VAN DYKE
                                         Attorneys for Plaintiffs/Cross-Defendants,
25                                       LEONARD FELD, MARSHAL CASTLE, TIM
                                         PARKER AND JONELLE PARKER
26
27
28 SIGNATURES CONTINUE
   ON PAGE 3

Dated: September 14, 2007

DeLaPENA & McDONALD

By: /S/
KEITH COOPER
Attorneys for Plaintiff/Defendant, SOUTH BAY DENTAL SERVICES, INC.

Dated: September 14, 2007

DINAPOLI & SIBLEY

By: /S/
JOHN DINAPOLI
Attorneys for Defendants, STEVEN J. SIBLEY & DINAPOLI & SIBLEY

Dated: September 14, 2007

GATES EISENHART DAWSON

By: /S/
JAMES L. DAWSON
Attorneys for Defendant/Cross-Complainant, SYLVIA COX, and Defendants, TRACY HEETER, DDS, TRACY K. HEETER DDS, INC., SOUTH BAY DENTAL CENTER, INC., and SOUTH BAY HEALTH CENTER, INC.

## ORDER

The November 2, 2007 Discovery Status Conference is Hereby VACATED.

IT IS SO ORDERED.

Dated: November 1, 2007

PATRICIA TRUMBULL