\*\*E-Filed 7/31/08\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FELD, DDS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRACY HEETER, DDS, et al.,<br><br>  Defendants. | Case Number C 06-4031 JF (PVT)<br><br>ORDER[1] RE SIBLEY DEFENDANTS' MOTIONS IN LIMINE NOS. 10 AND 12<br><br>[re doc. no. 66] |

The Court conducted a pre-trial conference in the above-entitled case on July 18, 2008, at which time it made oral rulings with respect to all of the parties' motions *in limine* except for the Sibley Defendants' motions *in limine* Nos. 10 and 12.

Motion No. 10 asks the Court to preclude Plaintiffs from offering expert witness testimony with respect to the reasonableness of attorneys' fees that Plaintiffs claim to have incurred as a result of the Sibley Defendants' allegedly tortious conduct. The motion also seeks the same ruling with respect to expert testimony on related topics such as IRS practices and procedures in investigating tax issues. The basis for the motion is that Plaintiffs have not designated experts on these subjects. Plaintiffs have indicated that they do not intend to present

---

[1] This disposition has not been designated for publication in the official reports.

expert witness testimony on these subjects.  Because Plaintiffs did not designate experts on the subject of attorneys' fees or on the related subjects noted in the Sibley Defendants' motion, Plaintiffs may not present any expert testimony with respect to these subjects at trial.  *See Pickern v. Pier 1 Imports (U.S.), Inc.*, 457 F.3d 963, 969 n.5 (9th Cir. 2006) (a district court does not abuse its discretion by excluding expert testimony when the expert's report was not disclosed by the scheduling deadline); *Sealy, Inc. v. Easy Living, Inc.*, 743 F.2d 1378, 1382 (9th Cir. 1984) ("The district court may, in its discretion, exclude expert witnesses not disclosed in pre-trial as required by local rules.").

Motion No. 12 asks the Court to exclude *all* evidence, argument and commentary with respect to Plaintiffs' claims for attorneys' fees and costs as an element of damages resulting from the Sibley Defendants' allegedly tortious conduct.  The bases for this motion are that Plaintiffs cannot demonstrate that they meet the requirements of the tort-of-another exception to the American Rule; that Plaintiffs cannot recover attorneys' fees as an element of damages without presenting expert testimony demonstrating the reasonableness of such fees; and that the attorneys' billing statements that Plaintiffs seek to offer are not authenticated.

Whether Plaintiffs can demonstrate that they come within the tort-of-another doctrine is a contested factual question that is not appropriate for disposition by a motion *in limine*.  To the extent that the parties disagree as to the scope of the doctrine, this Court is inclined to follow Chief Judge Walker's reasoning in *Burger v. Kuimelis*, 325 F. Supp. 2d 1026 (N.D. Cal. 2004). If any party seeks further clarification as to the scope of the doctrine, that party may file an appropriate motion.  As to the second basis of the motion, the Sibley Defendants have not cited, and the Court has been unable to discover, any cases holding that a plaintiff seeking to recover attorneys' fees as an element of damages under the tort-of-another doctrine must prove through expert testimony as a prerequisite to recovery that such fees were reasonable.  Finally, the Court presumes that any billing statements presented at trial will be authenticated.  Accordingly, Motion No. 12 will be denied.

Case No. C 06-4031 JF (PVT)
ORDER RE SIBLEY DEFENDANTS' MOTIONS IN LIMINE NOS. 10 AND 12
(JFLC2)

**ORDER**

(1) The Sibley Defendants' Motion No. 10 is GRANTED.

(2) The Sibley Defendants' Motion No. 12 is DENIED.

DATED: 7/31/08

_____
JEREMY FOGEL
United States District Judge

Copies of Order served on:

Keith Loren Cooper kcooper@dlpmcd.com

James L. Dawson jld@gedlaw.com, sharlene@gedlaw.com, tlc@gedlaw.com

John DiNapoli jfd@dslaw.net

Linda Eilene O'Brien llegal@aol.com

Linda Eilene O'Brien OBrien@octrialawyers.com, pdiroff@octrialawyers.com

Richard Joseph Reynolds rreynolds@trlawyers.com, glatimer@trlawyers.com

Frank F. Sommers , IV ffs@sommersschwartz.com, ahs@sommersschwartz.com, edg@sommersschwartz.com, eej@sommersschwartz.com

Frederick Eugene Turner fturner@trlawyers.com

Gregory R. de la Pena gdelapena@dlpmcd.com, dalexander@dlpmcd.com

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA 95113