| | |
|---|---|
| Keith Van Dyke (SBN 125124)<br>Frederick E. Turner (SBN 96776)<br>TURNER, REYNOLDS, GRECO & O'HARA<br>16485 Laguna Canyon Road, Suite 250<br>Irvine, CA 92618-3837<br>Phone: (949) 474-6900<br>Attorneys for Cross-Defendants<br>LEONARD FELD, MARSHAL CASTLE, TIM PARKER and JONELLE PARKER | Linda E. O'Brien (SBN 134941)<br>LAW OFFICES OF LINDA E. O'BRIEN<br>34177 Coast Highway<br>Dana Point, CA 92629<br>Phone: (949) 429-5406<br>Attorney for Plaintiffs/Cross-Defendants<br>SOUTHBAY DENTAL SERVICES, INC. and LEONARD FELD, D.D.S. |
| Keith L. Cooper (SBN 175741)<br>Gregory de la Pena (SBN 126626)<br>DE LA PENA & HOLIDAY<br>785 Market Street 14th Floor<br>San Francisco, California 94103<br>Phone: (415) 268-8000<br>Attorneys for Plaintiff/Cross-Defendant<br>SOUTH BAY DENTAL SERVICES, INC | John DiNapoli (SBN 84365)<br>DINAPOLI & SIBLEY<br>10 Alameda Boulevard., Suite 1250<br>San Jose, CA 95113<br>Phone: (408) 999-0900<br>Attorneys for Defendants<br>STEVEN J. SIBLEY and DINAPOLI & SIBLEY |

James L. Dawson (SBN 73521)
GATES EISENHART DAWSON
125 South Market Street, Suite 1200
San Jose, California 95113-2288
Phone: (408) 288-8100
Attorneys for Defendant/Cross-Complainant
SYLVIA COX, and Defendants, TRACY HEETER, DDS, TRACY K. HEETER DDS, INC., and SOUTH BAY HEALTH CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD FELD, DDS, a California Corporation; SOUTH BAY DENTAL SERVICES, INC, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY HEETER, DDS, an individual; TRACY K. HEETER, DDS, INC., a California Corporation; SYLVIA COX, an individual; SOUTH BAY DENTAL CENTER, INC, a California Corporation; SOUTH BAY HEALTH CENTER, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:06-CV-4031-EMC<br><br>JUDGE EDWARD M. CHEN<br>COURTROOM 5<br><br>STIPULATION AND ORDER RE NEW SCHEDULE FOR PENDING MATTERS ; ORDER RESETTING CMC |

{00401338.DOC; 1}
STIPULATION AND ORDER                                          Case No. 3:06-CV-4031-EMC

1

AND RELATED CROSS-ACTIONS

WHEREAS, on September 28, 2012, the Court set a schedule for certain pending matters relating to the Special Master's Accounting Report, however, because of a delay in the preparation of the initial draft of that report, those date must be revised.

IT IS HEREBY STIPULATED between the parties, through their respective counsel that the schedule of matters relating to the Special Master's Accounting Report be revised as follows:

| Date | Event |
|---|---|
| 12/19/12 | Special Master's draft report to be circulated to counsel |
| 2/5/13 | Parties to provide comments to Special Master |
| 2/26/13 | Special Master's final report due |
| 3/12/13 | Parties to meet and confer and inform the Court if mediation should go forward |
| 4/2/13 | Mediation deadline |

Dated: December 18 2012

LAW OFFICES OF LINDA E. O'BRIEN,
A PROFESSIONAL CORPORATION

By _____
Linda E. O'Brien
Attorney for Plaintiffs/Cross-Defendants
SOUTHBAY DENTAL SERVICES, INC.
and LEONARD FELD, D.D.S.

```
                                    TURNER, REYNOLDS, GRECO & O'HARA

                                    By /s/ Keith Van Dyke
                                       Keith Van Dyke
                                       Attorneys for Cross-Defendants LEONARD
                                       FELD, MARSHAL CASTLE, TIM
                                       PARKER and JANELLE PARKER

Dated: December 21, 2012            DE LA PENA & HOLIDAY

                                    By: /s/
                                       Gregory R. de la Pena
                                       Keith Cooper
                                       Attorneys for Plaintiff/Cross-Defendant
                                       SOUTH BAY DENTAL SERVICES, INC.

Dated: December 21, 2012            GATES EISENHART DAWSON

                                    By: /s/ James L. Dawson
                                       James L. Dawson
                                       Attorneys for Defendant/Cross-Complainant
                                       SYLVIA COX, and Defendants, TRACY
                                       HEETER, DDS, TRACY K. HEETER
                                       DDS, INC., and SOUTH BAY HEALTH
                                       CENTER, INC.
```

IT IS SO ORDERED.  The Further CMC is reset from 2/7/13 to 4/11/13 at 10:30 a.m.  An updated joint CMC statement shall be filed by 4/4/13.

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
/s/ Edward M. Chen
Judge Edward M. Chen