1  Keith Van Dyke (SBN 125124)
   Frederick E. Turner (SBN 96776)
2  TURNER, REYNOLDS, GRECO & O'HARA
   16485 Laguna Canyon Road, Suite 250
3  Irvine, CA 92618-3837
   Phone: (949) 474-6900
4  Attorneys for Cross-Defendants
   LEONARD FELD, MARSHAL CASTLE, TIM
5  PARKER and JONELLE PARKER

   Linda E. O'Brien (SBN 134941)
   LAW OFFICES OF LINDA E. O'BRIEN
   34177 Coast Highway
   Dana Point, CA 92629
   Phone: (949) 429-5406
   Attorney for Plaintiffs/Cross-Defendants
   SOUTHBAY DENTAL SERVICES, INC.
   and LEONARD FELD, D.D.S.

6  Keith L. Cooper (SBN 175741)
   Gregory de la Pena (SBN 126626)
7  DE LA PENA & HOLIDAY
   785 Market Street 14th Floor
8  San Francisco, California 94103
   Phone: (415) 268-8000
9  Attorneys for Plaintiff/Cross-Defendant
   SOUTH BAY DENTAL SERVICES, INC

   John DiNapoli (SBN 84365)
   DINAPOLI & SIBLEY
   10 Alameda Boulevard., Suite 1250
   San Jose, CA 95113
   Phone: (408) 999-0900
   Attorneys for Defendants
   STEVEN J. SIBLEY and DINAPOLI &
   SIBLEY

10 James L. Dawson (SBN 73521)
   GATES EISENHART DAWSON
11 125 South Market Street, Suite 1200
   San Jose, California 95113-2288
12 Phone: (408) 288-8100
   Attorneys for Defendant/Cross-Complainant
13 SYLVIA COX, and Defendants, TRACY
   HEETER, DDS, TRACY K. HEETER DDS,
14 INC., and SOUTH BAY HEALTH CENTER,
   INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD FELD, DDS, a California Corporation; SOUTH BAY DENTAL SERVICES, INC, a California Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TRACY HEETER, DDS, an individual; TRACY K. HEETER, DDS, INC., a California Corporation; SYLVIA COX, an individual; SOUTH BAY DENTAL CENTER, INC, a California Corporation; SOUTH BAY HEALTH CENTER, INC., a California Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:06-CV-4031-EMC <br><br> JUDGE EDWARD M. CHEN <br> COURTROOM 5 <br><br> STIPULATION AND ORDER RE NEW SCHEDULE FOR PENDING MATTERS ; ORDER RESETTING CMC |

{00401338.DOC; 1}
STIPULATION AND ORDER                                                    Case No. 3:06-CV-4031-EMC

1

AND RELATED CROSS-ACTIONS

WHEREAS, on September 28, 2012, the Court set a schedule for certain pending matters relating to the Special Master's Accounting Report, however, because of a delay in the preparation of the initial draft of that report, those date must be revised.

IT IS HEREBY STIPULATED between the parties, through their respective counsel that the schedule of matters relating to the Special Master's Accounting Report be revised as follows:

| Date | | Event |
|---|---|---|
| 12/19/12 | - | Special Master's draft report to be circulated to counsel |
| 2/5/13 | - | Parties to provide comments to Special Master |
| 2/26/13 | - | Special Master's final report due |
| 3/12/13 | - | Parties to meet and confer and inform the Court if mediation should go forward |
| 4/2/13 | - | Mediation deadline |

Dated: December 18, 2012

LAW OFFICES OF LINDA E. O'BRIEN,
A PROFESSIONAL CORPORATION

By _____
Linda E. O'Brien
Attorney for Plaintiffs/Cross-Defendants
SOUTHBAY DENTAL SERVICES, INC.
and LEONARD FELD, D.D.S.

| | |
|---|---|
| | TURNER, REYNOLDS, GRECO & O'HARA |
| | By _/s/_ Keith Van Dyke |
| | Keith Van Dyke |
| | Attorneys for Cross-Defendants LEONARD FELD, MARSHAL CASTLE, TIM PARKER and JANELLE PARKER |
| Dated: December 2\_, 2012 | DE LA PENA & HOLIDAY |
| | By: _/s/_ |
| | Gregory R. de la Pena |
| | Keith Cooper |
| | Attorneys for Plaintiff/Cross-Defendant SOUTH BAY DENTAL SERVICES, INC. |
| Dated: December 21, 2012 | GATES EISENHART DAWSON |
| | By: _/s/_ |
| | James L. Dawson |
| | Attorneys for Defendant/Cross-Complainant SYLVIA COX, and Defendants, TRACY HEETER, DDS, TRACY K. HEETER DDS, INC., and SOUTH BAY HEALTH CENTER, INC. |

IT IS SO ORDERED.  The Further CMC is reset from 2/7/13 to 4/11/13 at 10:30 a.m.  An updated joint CMC statement shall be filed by 4/4/13.

EDWARD M. CHEN
UNITED STATES DISTRICT [JUDGE]

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

{00401338.DOC; 1}
STIPULATION AND ORDER                                          Case No. 3:06-CV-4031-EMC

3