UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD FELD, DDS, INC., *et al.*, | No. C-06-4031 EMC |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE WHY DEFENDANT COX SHOULD NOT BE ORDERED TO PAY SPECIAL MASTER'S FEES** |
| TRACY HEETER, *et al.*, | |
| Defendants. _____/ | |

On October 5, 2009, this Court issued an order appointing Randy Sugarman as a special master to recommend findings of fact on certain complex accounting issues in this matter. Docket No. 133. Pursuant to this order, one half of Mr. Sugarman's fees were to be paid by Plaintiffs, and one half by Defendants.

This Court is in receipt of a letter from Mr. Sugarman indicating that though he has completed his final report in this matter, Defendant Sylvia Cox has fallen behind in paying her portion of the fees. He indicates that Ms. Cox's counsel initially represented that her share of the fees would be paid by his firm, but that now Ms. Cox's counsel has now indicated that Ms. Cox refuses to provide her counsel with written authorization to pay Mr. Sugarman's fees from her cost account.

///
///
///
///

In light of the representations of Mr. Sugarman, the Court orders Ms. Cox and her counsel to show cause why they should not be ordered to pay Mr. Sugarman's fees immediately. Ms. Cox and her counsel shall file their response to this order by no later than July 15, 2013.

IT IS SO ORDERED.

Dated: June 24, 2013

_____
EDWARD M. CHEN
United States District Judge