GREGORY DE LA PEÑA (SBN 126626)
KEITH L. COOPER (SBN 175741)
DE LA PEÑA & HOLIDAY, LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Telephone:    (415) 268-8000
Facsimile:     (415) 268-8180

Attorneys for Debtors
SOUTH BAY DENTAL SERVICES, INC.;
LEONARD FELD, DDS., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LEONARD FELD, DDS., a California corporation; SOUTH BAY DENTAL SERVICES, INC., a California corporation; LEONARD FELD, an individual; MARSHALL CASTLE, an individual; TIM PARKER, an individual; JANELLE PARKER, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRACY HEETER, DDS, an individual, TRACY K. HEETER, DDS, INC., a California corporation; SYLVIA COX, an individual; SOUTH BAY DENTAL CENTER, INC., a California corporation; SOUTH BAY HEALTH CENTER, INC., a California corporation; STEVEN SIBLEY, an individual, DINAPOLI & SIBLEY, and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No. C 06-04031 EMC<br><br>**STIPULATION OF COUNSEL RE: CONTINUANCE OF HEARING AND MEDIATION; ORDER**<br><br>[Transferred from USBC ND San Jose Adversary Proceeding No. 3-5164 ASW] |

| | |
|---|---|
| SYLVIA COX,<br><br>    Cross-Complainant,<br><br> vs.<br><br>MARSHALL CASTLE; TIMOTHY PARKER; LEONARD FELD; LEONARD FELD DDS, INC.; SOUTH BAY DENTAL SERVICES, INC.; DENTAL X-RAY AND PHOTOGRAPHY; DENTECH, DENTECH MARKETING DIRECTIONS; DENTECH PARKER MANAGEMENT; AND ROES 1-20, inclusive,<br><br>    Cross-Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Complaint Filed: June 5, 2000<br>) Trial Date:   02/11/14 |

**IT IS HEREBY STIPULATED** by and between counsel for Plaintiffs and Cross-Defendants LEONARD FELD, DDS., SOUTH BAY DENTAL SERVICES, INC., LEONARD FELD, MARSHALL CASTLE, TIM PARKER and JANELLE PARKER; and counsel for Defendant and Cross-Complainant TRACY HEETER, DDS, TRACY K. HEETER, DDS, INC., SYLVIA COX, SOUTH BAY DENTAL CENTER, INC. and SOUTH BAY HEALTH CENTER, INC. that good cause exists for the Court to issue an order vacating the mediation completion date of July 10, 2013 (90 days from the April 11, 2013 Civil Minute Order) and re-setting the completion date for August 26, 2013 or as soon thereafter as practicable.

Counsel further stipulate there is good cause for vacating the mediation completion date as the parties agree that, to engage in meaningful mediation, the parties require the final report from Special Master Randy Sugarman, including the conclusions and recommendations contained therein. Mr. Sugarman has indicated the report will be circulated to the parties on June 3, 2013.

Dated: June 20, 2013                          DE LA PEÑA & HOLIDAY LLP

                                              By
                                              Keith Cooper
                                              Attorneys for Cross Defendants

Dated: May 18, 2013                           LAW OFFICES OF LINDA E. O'BRIEN

                                              By
                                              Linda O'Brien
                                              Attorneys for Plaintiffs

Dated: June 6, 2013                           GATES, EISENHART & DAWSON

                                              By
                                              James Dawson
                                              Attorneys for Defendants and Cross Complainants

DE LA PEÑA & HOLIDAY LLP
785 Market Street, 14th Floor
San Francisco, CA 94103
Tel. (415) 268-8000 Fax. (415) 268-8180

## ORDER

Based on the foregoing and good cause appearing thereto, the new Mediation Completion Date shall be August 26, 2013.

**IT IS SO ORDERED.**

Dated: ___7/2___, 2013



JUDGE OF THE DISTRICT COURT

| | |
|---|---|
| Case Name: | Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al. |
| Case No.: | United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC |

### DECLARATION OF ELECTRONIC SERVICE VIA PACER

I am a citizen of the United States. My business address is One Embarcadero Center, Suite 2860, San Francisco, CA 94111. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On June 25, 2013, I served the following document(s) described as:

1. **STIPULATION OF COUNSEL RE: CONTINUANCE OF HEARING AND MEDIATION; ORDER.**

to be served via **electronic transfer** through PACER addressed to all interested parties on the PACER electronic list re: **Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al**, United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC, on the date executed below.

The file transmission was reported as complete and a copy of the "PACER Order Receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 25, 2013, at San Francisco, California.

_____
Miri Cho

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| Keith Van Dyke, Esq.<br>Frederick E. Turner, Esq.<br>TURNER, REYNOLDS, GRECO & O'HARA<br>16485 Laguna Canyon Road<br>Suite 250<br>Irvine, CA 92618-3837<br><br>T:  (949) 474-6900<br>F:  (949) 474-6907<br>E:  KVanDyke@trlaywers.com<br>E:  fturner@trlawyers.com | **Attorneys for Plaintiffs & Cross-Defendants**<br>**LEONARD FELD; MARSHAL CASTLE; TIM PARKER; and JONELLE PARKER** |
| Linda E. O'Brien, Esq.<br>LAW OFFICES OF LINDA E. O'BRIEN<br>34177 Pacific Coast Highway<br>Suite 103<br>Dana Point, CA 92629<br><br>T:  (949) 429-5406<br>F:  (949) 429-5407<br>E:  LLegal@aol.com | **Attorneys for Plaintiffs**<br>**LEONARD FELD;**<br>**LEONARD FELD, D.D.S; and**<br>**SOUTHBAY DENTAL SERVICES, INC.** |
| John DiNapoli, Esq.<br>DINAPOLI & SIBLEY<br>10 Alameda Blvd. | **Attorneys for Defendants**<br>**DINAPOLI & SIBLEY; and**<br>**STEVEN J. SIBLEY** |

| | | |
|---|---|---|
| 1 | Suite 1250 | |
| 2 | San Jose, CA 95113 | T: (408) 999-0900 |
| | | F: (408) 999-0191 |
| 3 | | E: jfd@dslaw.net |
| 4 | James L. Dawson, Esq. | **Attorneys for Cross-Defendant & Cross-Complainant** |
| | Nicholas G. Emanuel, Esq. | |
| 5 | GATES EISNEHART DAWSON | **SYLVIA COX** |
| | 125 South Market Street | |
| | Suite 1200 | **Attorneys for Defendants** |
| 6 | San Jose, CA 95113 | **TRACY HEETER;** |
| 7 | | **TRACY K. HEETER DDS, INC.;** |
| | | **SOUTH BAY DENTAL CENTER, INC.;** |
| 8 | | **SOUTH BAY HEALTH CENTER, INC.; and SYLVIA COX** |
| 9 | | T: (408) 288-8100 |
| | | F: (408) 288-9409 |
| 10 | | E: jld@gedlaw.com |
| | | E: mae@gedlaw.com |
| 11 | | E: sharlene@gedlaw.com |
| 12 | | |
| 13 | ☐ Hon. Edward M. Chen | **JUDGE ASSIGNED FOR ALL PURPOSES** |
| | Courtroom 5 – 17th Floor | |
| | U.S. District Court – | T: |
| 14 | Northern District of California | F: |
| | 450 Golden Gate Avenue | E: |
| 15 | San Francisco, CA 94102 | |
| 16 | ☐ Randy Sugarman | **SPECIAL MASTER** |
| | SUGARMAN & COMPANY | |
| 17 | 500 Sansome Street | T: (415) 395-7500 |
| | Suite 600 | F: (415) 658-2858 |
| 18 | San Francisco, CA  94111 | E: rsugarman@sugarman-company.com |

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax. (415) 268-8180