**United States District Court**

For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   LEONARD FELD, DDS, INC., *et al.*,              No. C-06-4031 EMC

9              Plaintiffs,

10        v.                                **ORDER RE MOTION TO**
                                            **REAPPORTION FEES**
11   TRACY HEETER, *et al.*,

12              Defendants.
    _____/
13

14

15        On June 24, 2013, this Court issued an order directing Defendant Sylvia Cox and her counsel

16   to show cause why they should not be ordered to pay Ms. Cox's share of the fees for the special

17   master who has been appointed in this action.  Docket No. 176.  Ms. Cox and her counsel responded

18   indicating both that Ms. Cox does not have the funds to pay the fees, and that she challenges the

19   amount of the fees apportioned to her.  Docket Nos. 179, 180.  Ms. Cox stated that she would

20   request an opportunity to challenge the apportionment of fees in a motion to this Court.

21        In this Court's original order appointing the special master, the Court specified an initial

22   allocation of the special master's fees and expenses, but noted that it retained the discretion to

23   reapportion fees and costs upon the completion of the special master's report.  Docket No. 133 at 5.

24   The special master has now completed his report.  Docket No. 175.

25   ///

26   ///

27   ///

28   ///

United States District Court
For the Northern District of California

1    If Ms. Cox wishes to file a motion for reapportionment of fees, she shall file any such motion

2    by no later than August 9, 2013.

3

4

5    IT IS SO ORDERED.

6

7    Dated:  July 19, 2013

8

9    _____

10   EDWARD M. CHEN
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28