United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD FELD, DDS, INC., *et al.*, | No. C-06-4031 EMC |
| Plaintiffs, | |
| v. | **ORDER RE MOTION TO REAPPORTION FEES** |
| TRACY HEETER, *et al.*, | |
| Defendants. | |

On June 24, 2013, this Court issued an order directing Defendant Sylvia Cox and her counsel to show cause why they should not be ordered to pay Ms. Cox's share of the fees for the special master who has been appointed in this action. Docket No. 176. Ms. Cox and her counsel responded indicating both that Ms. Cox does not have the funds to pay the fees, and that she challenges the amount of the fees apportioned to her. Docket Nos. 179, 180. Ms. Cox stated that she would request an opportunity to challenge the apportionment of fees in a motion to this Court.

In this Court's original order appointing the special master, the Court specified an initial allocation of the special master's fees and expenses, but noted that it retained the discretion to reapportion fees and costs upon the completion of the special master's report. Docket No. 133 at 5. The special master has now completed his report. Docket No. 175.

///

///

///

///

If Ms. Cox wishes to file a motion for reapportionment of fees, she shall file any such motion by no later than August 9, 2013.

IT IS SO ORDERED.

Dated: July 19, 2013

_____
EDWARD M. CHEN
United States District Judge

2