AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

LEONARD FELD, DDS, et al.
    Plaintiff(s),
v.
TRACY HEETER, et al.
    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 06-04031 EMC

Notice is hereby given that, subject to approval by the court, __LEONARD FELD__ substitutes
                                      (Party (s) Name)
__KEITH L. COOPER__, State Bar No. __175741__ as counsel of record in
(Name of New Attorney)

place of __TURNER, REYNOLDS, GRECO & O'HARA__
     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | DE LA PENA & HOLIDAY LLP |
| Address: | One Embarcadero Center, Suite 2860, San Francisco, CA 94111 |
| Telephone: | (415) 268-8000   Facsimile (415) 268-8180 |
| E-Mail (Optional): | kcooper@delapenaholiday.com |
| | dlphlaw.com |

I consent to the above substitution.
Date: 5/3/13
           (Signature of Party (s))

I consent to being substituted.
Date: April 4, 2013
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 9, 2013
           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 9, 2013

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

| | |
|---|---|
| Case Name: | Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al. |
| Case No.: | United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC |

### DECLARATION OF ELECTRONIC SERVICE VIA PACER

I am a citizen of the United States. My business address is One Embarcadero Center, Suite 2860, San Francisco, CA 94111. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On August 9, 2013, I served the following document(s) described as:

1. **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY RE: LEONARD FELD.**

to be served via **electronic transfer** through PACER addressed to all interested parties on the PACER electronic list re: **Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al**, United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC, on the date executed below.

The file transmission was reported as complete and a copy of the "PACER Order Receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 9, 2013, at San Francisco, California.

_____
Miri Cho

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| Keith Van Dyke, Esq.<br>Frederick E. Turner, Esq.<br>TURNER, REYNOLDS, GRECO & O'HARA<br>16485 Laguna Canyon Road<br>Suite 250<br>Irvine, CA 92618-3837 | **Attorneys for Plaintiffs & Cross-Defendants**<br>**LEONARD FELD; MARSHAL CASTLE;**<br>**TIM PARKER; and JONELLE PARKER**<br><br>T:  (949) 474-6900<br>F:  (949) 474-6907<br>E:  KVanDyke@trlaywers.com<br>E:  fturner@trlawyers.com |
| Linda E. O'Brien, Esq.<br>LAW OFFICES OF LINDA E. O'BRIEN<br>34177 Pacific Coast Highway<br>Suite 103<br>Dana Point, CA 92629 | **Attorneys for Plaintiffs**<br>**LEONARD FELD;**<br>**LEONARD FELD, D.D.S; and**<br>**SOUTHBAY DENTAL SERVICES, INC.**<br><br>T:  (949) 429-5406<br>F:  (949) 429-5407<br>E:  LLegal@aol.com |
| John DiNapoli, Esq.<br>DINAPOLI & SIBLEY<br>10 Alameda Blvd. | **Attorneys for Defendants**<br>**DINAPOLI & SIBLEY; and**<br>**STEVEN J. SIBLEY** |

DE LA PEÑA & HOLIDAY LLP<br>One Embarcadero Center, Suite 2860<br>San Francisco, CA 94111<br>Tel. (415) 268-8000  Fax. (415) 268-8180

| | |
|---|---|
| Suite 1250<br>San Jose, CA 95113 | T: (408) 999-0900<br>F: (408) 999-0191<br>E: jfd@dslaw.net |
| James L. Dawson, Esq.<br>Nicholas G. Emanuel, Esq.<br>GATES EISNEHART DAWSON<br>125 South Market Street<br>Suite 1200<br>San Jose, CA 95113 | **Attorneys for Cross-Defendant & Cross-Complainant**<br>**SYLVIA COX**<br><br>**Attorneys for Defendants**<br>**TRACY HEETER;**<br>**TRACY K. HEETER DDS, INC.;**<br>**SOUTH BAY DENTAL CENTER, INC.;**<br>**SOUTH BAY HEALTH CENTER, INC.; and**<br>**SYLVIA COX**<br><br>T: (408) 288-8100<br>F: (408) 288-9409<br>E: jld@gedlaw.com<br>E: mae@gedlaw.com<br>E: sharlene@gedlaw.com |
| ☐ Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor<br>U.S. District Court –<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | **JUDGE ASSIGNED FOR ALL PURPOSES**<br><br>T:<br>F:<br>E: |
| ☐ Randy Sugarman<br>SUGARMAN & COMPANY<br>500 Sansome Street<br>Suite 600<br>San Francisco, CA 94111 | **SPECIAL MASTER**<br><br>T: (415) 395-7500<br>F: (415) 658-2858<br>E: rsugarman@sugarman-company.com |

Firm sidebar: DE LA PEÑA & HOLIDAY LLP, One Embarcadero Center, Suite 2860, San Francisco, CA 94111, Tel. (415) 268-8000 Fax. (415) 268-8180