AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

LEONARD FELD, DDS, et al.
      Plaintiff(s),
v.
TRACY HEETER, et al.
      Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 06-04031 EMC

Notice is hereby given that, subject to approval by the court, __LEONARD FELD__ substitutes
(Party (s) Name)

__KEITH L. COOPER__, State Bar No. __175741__ as counsel of record in
(Name of New Attorney)

place of __TURNER, REYNOLDS, GRECO & O'HARA__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: DE LA PENA & HOLIDAY LLP
    Address: One Embarcadero Center, Suite 2860, San Francisco, CA 94111
    Telephone: (415) 268-8000     Facsimile (415) 268-8180
    E-Mail (Optional): kcooper@delapenaholiday.com / dlphlaw.com

I consent to the above substitution.
Date: 5/3/13
(Signature of Party (s))

I consent to being substituted.
Date: April 4, 2013
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 9, 2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 9, 2013

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

| | |
|---|---|
| Case Name: | Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al. |
| Case No.: | United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC |

### DECLARATION OF ELECTRONIC SERVICE VIA PACER

I am a citizen of the United States. My business address is One Embarcadero Center, Suite 2860, San Francisco, CA 94111. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On August 9, 2013, I served the following document(s) described as:

1. **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY RE: LEONARD FELD.**

to be served via **electronic transfer** through PACER addressed to all interested parties on the PACER electronic list re: **Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al**, United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC, on the date executed below.

The file transmission was reported as complete and a copy of the "PACER Order Receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 9, 2013, at San Francisco, California.

_____
Miri Cho

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| Keith Van Dyke, Esq.<br>Frederick E. Turner, Esq.<br>TURNER, REYNOLDS, GRECO & O'HARA<br>16485 Laguna Canyon Road<br>Suite 250<br>Irvine, CA 92618-3837 | **Attorneys for Plaintiffs & Cross-Defendants**<br>**LEONARD FELD; MARSHAL CASTLE;**<br>**TIM PARKER; and JONELLE PARKER**<br><br>T:   (949) 474-6900<br>F:   (949) 474-6907<br>E:   KVanDyke@trlaywers.com<br>E:   fturner@trlawyers.com |
| Linda E. O'Brien, Esq.<br>LAW OFFICES OF LINDA E. O'BRIEN<br>34177 Pacific Coast Highway<br>Suite 103<br>Dana Point, CA 92629 | **Attorneys for Plaintiffs**<br>**LEONARD FELD;**<br>**LEONARD FELD, D.D.S; and**<br>**SOUTHBAY DENTAL SERVICES, INC.**<br><br>T:   (949) 429-5406<br>F:   (949) 429-5407<br>E:   LLegal@aol.com |
| John DiNapoli, Esq.<br>DINAPOLI & SIBLEY<br>10 Alameda Blvd. | **Attorneys for Defendants**<br>**DINAPOLI & SIBLEY; and**<br>**STEVEN J. SIBLEY** |

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax. (415) 268-8180

| | | |
|---|---|---|
| 1 | Suite 1250<br>San Jose, CA 95113 | T: (408) 999-0900 |
| 2 | | F: (408) 999-0191 |
| 3 | | E: jfd@dslaw.net |
| 4 | James L. Dawson, Esq.<br>Nicholas G. Emanuel, Esq. | **Attorneys for Cross-Defendant & Cross-Complainant** |
| 5 | GATES EISNEHART DAWSON<br>125 South Market Street | **SYLVIA COX** |
| 6 | Suite 1200<br>San Jose, CA 95113 | **Attorneys for Defendants**<br>**TRACY HEETER;** |
| 7 | | **TRACY K. HEETER DDS, INC.;**<br>**SOUTH BAY DENTAL CENTER, INC.;** |
| 8 | | **SOUTH BAY HEALTH CENTER, INC.; and**<br>**SYLVIA COX** |
| 9 | | T: (408) 288-8100 |
| 10 | | F: (408) 288-9409<br>E: jld@gedlaw.com |
| 11 | | E: mae@gedlaw.com<br>E: sharlene@gedlaw.com |
| 12 | | |
| 13 | ☐ Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor | **JUDGE ASSIGNED FOR ALL PURPOSES** |
| 14 | U.S. District Court –<br>Northern District of California | T:<br>F: |
| 15 | 450 Golden Gate Avenue<br>San Francisco, CA 94102 | E: |
| 16 | ☐ Randy Sugarman | **SPECIAL MASTER** |
| 17 | SUGARMAN & COMPANY<br>500 Sansome Street | T: (415) 395-7500 |
| 18 | Suite 600<br>San Francisco, CA  94111 | F: (415) 658-2858 |
| 19 | | E: rsugarman@sugarman-company.com |