AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

LEONARD FELD, DDS, et al.
Plaintiff (s),
V.
TRACY HEETER, et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 06-04031 EMC

Notice is hereby given that, subject to approval by the court, MARSHAL CASTLE (Party (s) Name) substitutes KEITH L. COOPER (Name of New Attorney), State Bar No. 175741 as counsel of record in place of TURNER, REYNOLDS, GRECO & O'HARA (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: DE LA PENA & HOLIDAY LLP
Address: One Embarcadero Center, Suite 2860, San Francisco, CA 94111
Telephone: (415) 268-8000 Facsimile (415) 268-8180
E-Mail (Optional): kcooper@~~delapenaholiday.com~~ dlpnlaw.com.

I consent to the above substitution.
Date: May 2, 2013 (Signature of Party (s))

I consent to being substituted.
Date: April 4, 2013 (Signature of Former Attorney (s))

I consent to the above substitution.
Date: AUGUST 9, 2013 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/9/13

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed ... [illegible] ... fer an appearance.]

**Case Name:** **Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al.**
**Case No.:** **United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC**

**DECLARATION OF ELECTRONIC SERVICE VIA PACER**

I am a citizen of the United States. My business address is One Embarcadero Center, Suite 2860, San Francisco, CA 94111. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On August 9, 2013, I served the following document(s) described as:

1. **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY RE: MARSHAL CASTLE.**

to be served via **electronic transfer** through PACER addressed to all interested parties on the PACER electronic list re: **Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al**, United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC, on the date executed below.

The file transmission was reported as complete and a copy of the "PACER Order Receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 9, 2013, at San Francisco, California.

Miri Cho

on the interested party(ies) in this action addressed as follows:

Keith Van Dyke, Esq.
Frederick E. Turner, Esq.
TURNER, REYNOLDS, GRECO & O'HARA
16485 Laguna Canyon Road
Suite 250
Irvine, CA 92618-3837

**Attorneys for Plaintiffs & Cross-Defendants LEONARD FELD; MARSHAL CASTLE; TIM PARKER; and JONELLE PARKER**

T: (949) 474-6900
F: (949) 474-6907
E: KVanDyke@trlaywers.com
E: fturner@trlawyers.com

Linda E. O'Brien, Esq.
LAW OFFICES OF LINDA E. O'BRIEN
34177 Pacific Coast Highway
Suite 103
Dana Point, CA 92629

**Attorneys for Plaintiffs LEONARD FELD; LEONARD FELD, D.D.S; and SOUTHBAY DENTAL SERVICES, INC.**

T: (949) 429-5406
F: (949) 429-5407
E: LLegal@aol.com

John DiNapoli, Esq.
DINAPOLI & SIBLEY
10 Alameda Blvd.

**Attorneys for Defendants DINAPOLI & SIBLEY; and STEVEN J. SIBLEY**

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax. (415) 268-8180

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax. (415) 268-8180

| | | |
|---|---|---|
| | Suite 1250<br>San Jose, CA 95113 | T: (408) 999-0900<br>F: (408) 999-0191<br>E: jfd@dslaw.net |
| | James L. Dawson, Esq.<br>Nicholas G. Emanuel, Esq.<br>GATES EISNEHART DAWSON<br>125 South Market Street<br>Suite 1200<br>San Jose, CA 95113 | **Attorneys for Cross-Defendant & Cross-Complainant SYLVIA COX**<br><br>**Attorneys for Defendants TRACY HEETER; TRACY K. HEETER DDS, INC.; SOUTH BAY DENTAL CENTER, INC.; SOUTH BAY HEALTH CENTER, INC.; and SYLVIA COX**<br><br>T: (408) 288-8100<br>F: (408) 288-9409<br>E: jld@gedlaw.com<br>E: mae@gedlaw.com<br>E: sharlene@gedlaw.com |
| ☐ | Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor<br>U.S. District Court –<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | **JUDGE ASSIGNED FOR ALL PURPOSES**<br><br>T:<br>F:<br>E: |
| ☐ | Randy Sugarman<br>SUGARMAN & COMPANY<br>500 Sansome Street<br>Suite 600<br>San Francisco, CA 94111 | **SPECIAL MASTER**<br><br>T: (415) 395-7500<br>F: (415) 658-2858<br>E: rsugarman@sugarman-company.com |