Keith L. Cooper (SBN 175741)
DE LA PENA & HOLIDAY
One Embarcadero Center, Suite 2860
San Francisco, California 94111
Phone: (415) 268-8000 • Fax: (415) 268-8180
Attorneys for Plaintiff/Cross-Defendants
SOUTH BAY DENTAL SERVICES, INC; LEONARD FELD, MARSHAL CASTLE and TIM PARKER

James L. Dawson (SBN 73521)
GATES EISENHART DAWSON
125 South Market Street, Suite 1200
San Jose, California 95113-2288
Phone: (408) 288-8100 • Fax: (408) 288-9409
Attorneys for Defendant/Cross-Complainant SYLVIA COX, and Defendants, TRACY HEETER, DDS, TRACY K. HEETER DDS, INC., and SOUTH BAY HEALTH CENTER, INC.

Linda E. O'Brien (SBN 134941)
LAW OFFICE OF LINDA E. O'BRIEN
34211 Pacific Coast Highway, Suite 102
Dana Point, California 92629
Phone: (949) 429-5406 • Fax: (949) 429-5407
Attorney for Plaintiffs and Cross-Defendants,
SOUTHBAY DENTAL SERVICES, INC. and
LEONARD FELD, D.D.S.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD FELD, DDS, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY HEETER, DDS, et al,<br><br>Defendants. | Case No.:  3:06:cv- 04031-EMC<br>C 06-04031 EMC<br><br>STIPULATION RE: SPECIAL MASTER FEES, MOTION TO REAPPORTION FEES AND OPPOSITION THERETO<br><br>Date: September 27, 2013<br>Time: 10:30 a.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 |

**IT IS HEREBY STIPULATED** by and between counsel for Plaintiffs and Cross-Defendants LEONARD FELD, DDS., SOUTH BAY DENTAL SERVICES, INC., LEONARD FELD, MARSHALL CASTLE and TIM PARKER ("Feld Parties"); and counsel for Defendant and Cross-Complainant TRACY HEETER, DDS, TRACY K. HEETER, DDS, INC., SYLVIA COX, SOUTH BAY DENTAL CENTER, INC. and SOUTH BAY HEALTH CENTER, INC. ("Heeter Parties") that, **pursuant to the parties' August 19, 2013 global settlement**, which was read into the record, the Feld Parties will be responsible for paying the balance of Special

Master Randy Sugarman's fees, including the Heeter Parties' obligation to do so. Accordingly, the Heeter Parties hereby withdraw their motion to reapportion the special master's fees and agree that there shall be no requirement of the Feld parties to file any opposition to said motion.

Dated: August 20, 2013

LAW OFFICES OF LINDA E. O'BRIEN,
A PROFESSIONAL CORPORATION

By _____
Linda E. O'Brien
Attorney for Plaintiffs and Cross-Defendants, SOUTHBAY DENTAL SERVICES, INC. and LEONARD FELD, D.D.S.

Dated: August 20, 2013

DE LA PENA & HOLIDAY

By: _____
Keith L. Cooper
Attorneys for Plaintiff/Cross-Defendant
SOUTH BAY DENTAL SERVICES, INC.

Dated: August 20, 2013

GATES EISENHART DAWSON

By: _____
James L. Dawson
Attorneys for Defendant/Cross-Complainant SYLVIA COX, and Defendants, TRACY HEETER, DDS, TRACY K. HEETER DDS, INC., and SOUTH BAY HEALTH CENTER, INC.

1  Master Randy Sugarman's fees, including the Heeter Parties' obligation to do so. Accordingly,
2  the Heeter Parties hereby withdraw their motion to reapportion the special master's fees and
3  agree that there shall be no requirement of the Feld parties to file any opposition to said motion.

6  Dated: August 20, 2013          LAW OFFICES OF LINDA E. O'BRIEN,
                                    A PROFESSIONAL CORPORATION

                                    By _____
                                        Linda E. O'Brien
                                        Attorney for Plaintiffs and Cross-
                                        Defendants, SOUTHBAY DENTAL
                                        SERVICES, INC. and LEONARD FELD,
                                        D.D.S.

11 Dated: August 20, 2013          DE LA PENA & HOLIDAY

                                    By: _____
                                        Keith L. Cooper
                                        Attorneys for Plaintiff/Cross-Defendant
                                        SOUTH BAY DENTAL SERVICES, INC.

15 Dated: August 20, 2013          GATES EISENHART DAWSON

                                    By: _____
                                        James L. Dawson
                                        Attorneys for Defendant/Cross-
                                        Complainant SYLVIA COX, and
                                        Defendants, TRACY HEETER, DDS,
                                        TRACY K. HEETER DDS, INC., and
                                        SOUTH BAY HEALTH CENTER, INC.

Master Randy Sugarman's fees, including the Heeter Parties' obligation to do so. Accordingly, the Heeter Parties hereby withdraw their motion to reapportion the special master's fees and agree that there shall be no requirement of the Feld parties to file any opposition to said motion.

Dated: August 20, 2013

LAW OFFICES OF LINDA E. O'BRIEN,
A PROFESSIONAL CORPORATION

By _____
Linda E. O'Brien
Attorney for Plaintiffs and Cross-Defendants, SOUTHBAY DENTAL SERVICES, INC. and LEONARD FELD, D.D.S.

Dated: August 20, 2013

DE LA PENA & HOLIDAY

By: _____
Keith L. Cooper
Attorneys for Plaintiff/Cross-Defendant SOUTH BAY DENTAL SERVICES, INC.

Dated: August 20, 2013

GATES EISENHART DAWSON

By: _____
James L. Dawson
Attorneys for Defendant/Cross-Complainant SYLVIA COX, and Defendants, TRACY HEETER, DDS, TRACY K. HEETER DDS, INC., and SOUTH BAY HEALTH CENTER, INC.

IT IS SO ORDERED:

Edward M. Chen
United States District Judge

| | |
|---|---|
| Case Name: | Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al. |
| Case No.: | United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC |

PROOF OF SERVICE

I am a citizen of the United States. My business address is One Embarcadero Center, Suite 2860, San Francisco, California 94111. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On August 23, 2013, I caused the document(s) described below, at the direction of the attorney of record in this matter, to be served via electronic transfer through the ECF system of the USDC (N.D. California) on the parties listed in the Service List as well as method below (if marked):

1. STIPULATION RE: SPECIAL MASTER FEES, MOTION TO REAPPORTION FEES AND OPPOSITION THERETO.

☐ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

☒ **BY ELECTRONIC TRANSFER THROUGH ECF** addressed to all interested parties on the ECF E-Service electronic service list in re: **Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al.**, USDC Northern District of California Case No.: 3:06-CV-4031-EMC. The file transmission was reported as complete and a copy of the "Order Receipt" page will be maintained with the original document(s) in our office.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (415) 268-8180 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| Keith Van Dyke, Esq. | **Attorneys for Plaintiffs & Cross-Defendants LEONARD** |
| Frederick E. Turner, Esq. | **FELD; MARSHAL CASTLE; TIM PARKER; and** |
| TURNER, REYNOLDS, GRECO & O'HARA | **JONELLE PARKER** |
| 16485 Laguna Canyon Road | |
| Suite 250 | T: (949) 474-6900 |
| Irvine, CA 92618-3837 | F: (949) 474-6907 |
| | E: KVanDyke@trlaywers.com |
| | E: fturner@trlawyers.com |
| Linda E. O'Brien, Esq. | **Attorneys for Plaintiffs &Cross-Defendants** |
| LAW OFFICES OF LINDA E. O'BRIEN | **SOUTHBAY DENTAL SERVICES, INC.; and LEONARD** |
| 34177 Pacific Coast Highway | **FELD, D.D.S.** |
| Suite 103 | |
| Dana Point, CA 92629 | T: (949) 429-5406 |
| | F: (949) 429-5407 |
| | E: LLegal@aol.com |
| John DiNapoli, Esq. | **Attorneys for Defendants** |
| DINAPOLI & SIBLEY | **STEVEN J. SIBLEY; and DINAPOLI & SIBLEY** |
| 10 Alameda Blvd. | |
| Suite 1250 | T: (408) 999-0900 |
| San Jose, CA 95113 | F: (408) 999-0191 |
| | E: jfd@dslaw.net |

Stipulation on Special Master Fees — Case No. C06-4031 EMC
39984

4

| | | | |
|---|---|---|---|
| ☒ | Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor<br>U.S. District Court –<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | JUDGE ASSIGNED FOR ALL PURPOSES<br>T:<br>F:<br>E: | |
| ☐ | Randy Sugarman<br>SUGARMAN & COMPANY<br>500 Sansome Street<br>Suite 600<br>San Francisco, CA  94111 | SPECIAL MASTER<br>T:  (415) 395-7500<br>F:  (415) 658-2858<br>E:  rsugarman@sugarman-company.com | |

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 23, 2013, at San Francisco, California.

_____

MIRI CHO