Keith L. Cooper (SBN 175741)
DE LA PENA & HOLIDAY
One Embarcadero Center, Suite 2860
San Francisco, California 94111
Phone: (415) 268-8000 • Fax: (415) 268-8180
Attorneys for Plaintiff/Cross-Defendants
SOUTH BAY DENTAL SERVICES, INC; LEONARD FELD, MARSHAL CASTLE and TIM PARKER

James L. Dawson (SBN 73521)
GATES EISENHART DAWSON
125 South Market Street, Suite 1200
San Jose, California 95113-2288
Phone: (408) 288-8100 • Fax: (408) 288-9409
Attorneys for Defendant/Cross-Complainant
SYLVIA COX, and Defendants, TRACY HEETER, DDS, TRACY K. HEETER DDS, INC., and SOUTH BAY HEALTH CENTER, INC.

Linda E. O'Brien (SBN 134941)
LAW OFFICE OF LINDA E. O'BRIEN
34211 Pacific Coast Highway, Suite 102
Dana Point, California 92629
Phone: (949) 429-5406 • Fax: (949) 429-5407
Attorney for Plaintiffs, SOUTHBAY DENTAL SERVICES, INC. and LEONARD FELD, D.D.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD FELD, DDS, et al, <br><br>Plaintiffs, <br><br>vs. <br><br>TRACY HEETER, DDS, et al, <br><br>Defendants. | Case No. C06-4031 EMC <br><br>STIPULATION TO CONTINUE STATUS CONFERENCE ; ORDER <br><br>Date: October 10, 2013 <br>Time: 10:30 a.m. <br>Judge: Hon. Edward M. Chen <br>Courtroom: 5 |

**IT IS HEREBY STIPULATED, and respectfully requested of the court,** by and between counsel for Plaintiffs and Cross-Defendants LEONARD FELD, DDS. INC., SOUTH BAY DENTAL SERVICES, INC., and Cross-Defendants, LEONARD FELD, MARSHALL CASTLE and TIM PARKER (hereafter jointly referred to as the "Feld Parties"); and counsel for Defendant and Cross-Complainant SYLVIA COX, and Defendants TRACY HEETER, DDS, TRACY K. HEETER, DDS, INC., SYLVIA COX, SOUTH BAY DENTAL CENTER, INC. and SOUTH BAY HEALTH CENTER, INC. (hereafter jointly referred to as the "Heeter Parties") that the status conference currently scheduled in the above referenced matter for

```
ERROR: timeout
OFFENDING COMMAND: timeout
```

1  October 10, 2013 at 10:30 a.m. in Department 5 <u>be continued until October 31, 2013 at 10:30</u>
2  <u>a.m. in Department 5</u>.  The parties have reached a settlement agreement and are accomplishing
3  the tasks required before the matter can be concluded.

6  Dated: October 08, 2013

LAW OFFICES OF LINDA E. O'BRIEN,
A PROFESSIONAL CORPORATION

By _____
Linda E. O'Brien
Attorney for Plaintiffs and Cross-
Defendants, SOUTHBAY DENTAL
SERVICES, INC. and LEONARD FELD,
D.D.S.

11 Dated: October 8, 2013

DE LA PENA & HOLIDAY

By: _____
Keith L. Cooper
Attorneys for Plaintiff/Cross-Defendant
SOUTH BAY DENTAL SERVICES, INC.

15 Dated: October 8, 2013

GATES EISENHART DAWSON

By: _____
Nicholas Emanuel
Attorneys for Defendant/Cross-
Complainant SYLVIA COX, and
Defendants, TRACY HEETER, DDS,
TRACY K. HEETER DDS, INC., and
SOUTH BAY HEALTH CENTER, INC.

```
IT IS SO ORDERED that the 10/10/13 Status is reset for 10/31/13
at 10:30 a.m.  The 2/11/14 trial and all related trial deadlines
are vacated.
_____
Edward M. Chen
U.S. District Judge
```

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

Stipulation on Special Master Fees

Case No. C06-4031 EMC

| | |
|---|---|
| Case Name: | Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al. |
| Case No.: | United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC |

### DECLARATION OF ELECTRONIC SERVICE VIA PACER

I am a citizen of the United States. My business address is One Embarcadero Center, Suite 2860, San Francisco, CA 94111. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On October 8, 2013, I served the following document(s) described as:

1. **STIPULATION TO CONTINUE STATUS CONFERENCE**

to be served via **electronic transfer** through PACER addressed to all interested parties on the PACER electronic list re: **Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al**, United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC, on the date executed below.

The file transmission was reported as complete and a copy of the "PACER Order Receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 8, 2013, at San Francisco, California.

_____
Sarah Wegner

on the interested party(ies) in this action addressed as follows:

Linda E. O'Brien, Esq.
LAW OFFICES OF LINDA E. O'BRIEN
34177 Pacific Coast Highway
Suite 103
Dana Point, CA 92629

T: (949) 429-5406
F: (949) 429-5407
E: LLegal@aol.com

**Attorneys for Plaintiffs
LEONARD FELD;
LEONARD FELD, D.D.S; and
SOUTHBAY DENTAL SERVICES, INC.**

John DiNapoli, Esq.
DINAPOLI & SIBLEY
10 Alameda Blvd.
Suite 1250
San Jose, CA 95113

T: (408) 999-0900
F: (408) 999-0191
E: jfd@dslaw.net

**Attorneys for Defendants
DINAPOLI & SIBLEY; and
STEVEN J. SIBLEY**

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax. (415) 268-8180

| | | |
|---|---|---|
| 1 | James L. Dawson, Esq.<br>Nicholas G. Emanuel, Esq. | Attorneys for Cross-Defendant & Cross-Complainant |
| 2 | GATES EISNEHART DAWSON<br>125 South Market Street | SYLVIA COX |
| 3 | Suite 1200<br>San Jose, CA 95113 | Attorneys for Defendants<br>TRACY HEETER; |
| 4 | | TRACY K. HEETER DDS, INC.;<br>SOUTH BAY DENTAL CENTER, INC.; |
| 5 | | SOUTH BAY HEALTH CENTER, INC.; and<br>SYLVIA COX |
| 6 | | |
| 7 | | T:  (408) 288-8100<br>F:  (408) 288-9409 |
| 8 | | E:  jld@gedlaw.com<br>E:  mae@gedlaw.com<br>E:  sharlene@gedlaw.com |
| 9 | | |
| 10 | | Asst:  Sharlene<br>E:  sharlene@gedlaw.com |
| 11 | | |
| 12 | ☒ Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor | **JUDGE ASSIGNED FOR ALL PURPOSES** |
| 13 | U.S. District Court –<br>Northern District of California | T:<br>F: |
| 14 | 450 Golden Gate Avenue<br>San Francisco, CA 94102 | E: |
| 15 | ☒ Office of the Clerk | **COURTESY COPY** |
| 16 | United States District Court<br>450 Golden Gate Avenue | **- 3 HOLD PUNCH LEFT HAND SIDE** |
| 17 | San Francisco, CA 94102-3489 | |
| 18 | **Case No.: 3:06:cv- 04031-EMC**<br>**EMC Chambers Copy** | |
| 19 | ☐ Randy Sugarman | **SPECIAL MASTER** |
| 20 | SUGARMAN & COMPANY<br>500 Sansome Street | T:  (415) 395-7500 |
| 21 | Suite 600<br>San Francisco, CA  94111 | F:  (415) 658-2858<br>E:  rsugarman@sugarman-company.com |

Left margin: DE LA PEÑA & HOLIDAY LLP, One Embarcadero Center, Suite 2860, San Francisco, CA 94111, Tel. (415) 268-8000 Fax. (415) 268-8180