| | |
|---|---|
| Keith L. Cooper (SBN 175741) | James L. Dawson (SBN 73521) |
| DE LA PENA & HOLIDAY | GATES EISENHART DAWSON |
| One Embarcadero Center, Suite 2860 | 125 South Market Street, Suite 1200 |
| San Francisco, California 94111 | San Jose, California 95113-2288 |
| Phone: (415) 268-8000 • Fax: (415) 268-8180 | Phone: (408) 288-8100 • Fax: (408) 288-9409 |
| Attorneys for Plaintiff/Cross-Defendants | Attorneys for Defendant/Cross-Complainant |
| SOUTH BAY DENTAL SERVICES, INC; LEONARD | SYLVIA COX, and Defendants, TRACY |
| FELD, MARSHAL CASTLE and TIM PARKER | HEETER, DDS, TRACY K. HEETER DDS, INC., |
| | and SOUTH BAY HEALTH CENTER, INC. |

Linda E. O'Brien (SBN 134941)
LAW OFFICE OF LINDA E. O'BRIEN
34211 Pacific Coast Highway, Suite 102
Dana Point, California 92629
Phone: (949) 429-5406 • Fax: (949) 429-5407
Attorney for Plaintiffs, SOUTHBAY DENTAL
SERVICES, INC. and LEONARD FELD, D.D.S.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD FELD, DDS, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> TRACY HEETER, DDS, et al, <br><br> Defendants. | Case No. C06-4031 EMC <br> ORDER <br> STIPULATION TO CONTINUE <br> STATUS CONFERENCE <br><br> Date: October 10, 2013 <br> Time: 10:30 a.m. <br> Judge: Hon. Edward M. Chen <br> Courtroom: 5 |

**IT IS HEREBY STIPULATED, and respectfully requested of the court,** by and between counsel for Plaintiffs and Cross-Defendants LEONARD FELD, DDS. INC., SOUTH BAY DENTAL SERVICES, INC., and Cross-Defendants, LEONARD FELD, MARSHALL CASTLE and TIM PARKER (hereafter jointly referred to as the "Feld Parties"); and counsel for Defendant and Cross-Complainant SYLVIA COX, and Defendants TRACY HEETER, DDS, TRACY K. HEETER, DDS, INC., SYLVIA COX, SOUTH BAY DENTAL CENTER, INC. and SOUTH BAY HEALTH CENTER, INC. (hereafter jointly referred to as the "Heeter Parties") that the status conference currently scheduled in the above referenced matter for

---

Stipulation To Continue Status Conference          Case No. C06-4031 EMC

1

October 31st, 2013 at 10:30 a.m. in Department 5 <u>be continued until December 5th, 2013 at 10:30 a.m. in Department 5</u>. The parties signing below have finalized their settlement agreement with each other; and all that is left is for Plaintiffs to finalize their agreement with Defendants STEVEN J. SIBLEY and DINAPOLI & SIBLEY (which has to be approved pursuant to the Plaintiffs' Bankruptcy court order) before the matter can be fully dismissed.

Dated: October 29, 2013

LAW OFFICES OF LINDA E. O'BRIEN,
A PROFESSIONAL CORPORATION

By _____
Linda E. O'Brien
Attorney for Plaintiffs and Cross-Defendants, SOUTHBAY DENTAL SERVICES, INC. and LEONARD FELD, D.D.S.

Dated: October 30, 2013

DE LA PENA & HOLIDAY

By: _____
Keith L. Cooper
Attorneys for Plaintiff/Cross-Defendant
SOUTH BAY DENTAL SERVICES, INC.

Dated: October 30, 2013

GATES EISENHART DAWSON

By: _____
James Dawson
Attorneys for Defendant/Cross-Complainant SYLVIA COX, and Defendants, TRACY HEETER, DDS, TRACY K. HEETER DDS, INC., and SOUTH BAY HEALTH CENTER, INC.

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 10/30/13