Keith L. Cooper (SBN 175741)
DE LA PENA & HOLIDAY
One Embarcadero Center, Suite 2860
San Francisco, California 94111
Phone: (415) 268-8000 • Fax: (415) 268-8180
Attorneys for Plaintiff/Cross-Defendant
SOUTH BAY DENTAL SERVICES, INC; &
Cross-Defendants LEONARD FELD,
MARSHAL CASTLE and TIM PARKER

James L. Dawson (SBN 73521)
GATES EISENHART DAWSON
125 South Market Street, Suite 1200
San Jose, California 95113-2288
Phone: (408) 288-8100 • Fax: (408) 288-9409
Attorneys for Defendant/Cross-Complainant
SYLVIA COX, and Defendants, TRACY
HEETER, DDS, TRACY K. HEETER DDS,
INC., and SOUTH BAY HEALTH
CENTER, INC.

Linda E. O'Brien (SBN 134941)
LAW OFFICE OF LINDA E. O'BRIEN
34211 Pacific Coast Highway, Suite 102
Dana Point, California 92629
Phone: (949) 429-5406 • Fax: (949) 429-5407
Attorney for Plaintiff/Cross-Defendants,
SOUTHBAY DENTAL SERVICES, INC. and
LEONARD FELD, D.D.S. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD FELD, DDS., a California corporation; SOUTH BAY DENTAL SERVICES, INC., a California corporation; LEONARD FELD, an individual; MARSHALL CASTLE, an individual; TIM PARKER, an individual; JANELLE PARKER, an individual,<br><br>Plaintiffs,<br>vs.<br>TRACY HEETER, DDS, an individual, TRACY K. HEETER, DDS, INC., a California corporation; SYLVIA COX, an individual; SOUTH BAY DENTAL CENTER, INC., a California corporation; SOUTH BAY HEALTH CENTER, INC., a California corporation; STEVEN SIBLEY, an individual, DINAPOLI & SIBLEY, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:06-CV-04031-EMC<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT & CROSS-COMPLAINT WITH PREJUDICE PURSUANT TO FRCP (a) (2); AND**<br><br>**[PR~~OPO~~SED] ORDER OF DISMISSAL** |

| | |
|---|---|
| SYLVIA COX,<br>          Cross-Complainant,<br><br>vs.<br><br>MARSHALL CASTLE; TIMOTHY PARKER; LEONARD FELD; LEONARD FELD DDS, INC.; SOUTH BAY DNETAL SERVICES, INC.; DENTAL X-RAY AND PHOTOGRAPHY; DENTECH, DENTECH MARKETING DIRECTIONS; DENTECH PARKER MANAGEMENT; AND ROES 1-20, inclusive,<br><br>          Cross-Defendants | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that both the complaint and cross-complaint in the above captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) as to all claims, causes of action, and parties, and that each party bear their own attorney's fees and costs.

Dated: January 4, 2014           LAW OFFICES OF LINDA E. O'BRIEN,
                                            A PROFESSIONAL CORPORATION

                                            By _____
                                                 Linda E. O'Brien
                                                 Attorney for Plaintiffs/Cross-Defendants
                                                 SOUTHBAY DENTAL SERVICES, INC.
                                                 and LEONARD FELD, D.D.S, INC.

**SIGNATURES CONTINUED ON NEXT PAGE**

Stipulation of Dismissal of Complaint & Cross-Complaint          Case No. 3:06-CV-4031-EMC
Pursuant to FRCP 41 (a) (2); and Proposed Order of Dismissal

2

Dated: January 7, 2014    DE LA PENA & HOLIDAY

By: _____
Keith L. Cooper
Attorneys for Plaintiff/Cross-Defendant
SOUTH BAY DENTAL SERVICES, INC;
& Cross-Defendants LEONARD FELD,
MARSHALL CASTLE and TIM PARKER

Dated: January 6, 2014    GATES EISENHART DAWSON

By: _____
James Dawson
Nicholas Emanuel
Attorneys for Defendant/Cross-
Complainant SYLVIA COX, and
Defendants TRACY HEETER, DDS,
TRACY K. HEETER DDS, INC., and
SOUTH BAY HEALTH CENTER, INC.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THE COMPLAINT AND CROSS-COMPLAINT IN THIS ACTION BE, AND HEREBY ARE, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees. The Clerk is directed to close the file.

Dated: January 21, 2014

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

**APPROVED** Judge Edward M. Chen

Stipulation of Dismissal of Complaint & Cross-Complaint
Pursuant to FRCP 41 (a) (2); and Proposed Order of Dismissal

Case No. 3:06-CV-4031-EMC

3

| | |
|---|---|
| **Case Name:** | Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al. |
| **Case No.:** | United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC |

### DECLARATION OF ELECTRONIC SERVICE VIA PACER

I am a citizen of the United States. My business address is One Embarcadero Center, Suite 2860, San Francisco, CA 94111. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On January 9, 2014, I served the following document(s) described as:

1. **STIPULATION OF DISMISSAL OF COMPLAINT & CROSS-COMPLAINT WITH PREJUDICE PURSUANT TO FRCP (a) (2); AND [PROPOSED] ORDER OF DISMISSAL.**

to be served via **electronic transfer** through PACER addressed to all interested parties on the PACER electronic list re: **Leonard Feld, D.D.S., et al. v. Tracy Heeter, D.D.S., et al**, United States District Court Northern District of California – San Francisco Division Case No. 3:06-CV-4031-EMC, on the date executed below.

The file transmission was reported as complete and a copy of the "PACER Order Receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 9, 2014, at San Francisco, California.

_____
Miri Cho

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| Linda E. O'Brien, Esq.<br>LAW OFFICES OF LINDA E. O'BRIEN<br>34177 Pacific Coast Highway<br>Suite 103<br>Dana Point, CA 92629<br><br>T:   (949) 429-5406<br>F:   (949) 429-5407<br>E:   LLegal@aol.com | **Attorneys for Plaintiffs**<br>**LEONARD FELD;**<br>**LEONARD FELD, D.D.S; and**<br>**SOUTHBAY DENTAL SERVICES, INC.** |
| John DiNapoli, Esq.<br>DINAPOLI & SIBLEY<br>10 Alameda Blvd.<br>Suite 1250<br>San Jose, CA 95113<br><br>T:   (408) 999-0900<br>F:   (408) 999-0191<br>E:   jfd@dslaw.net | **Attorneys for Defendants**<br>**DINAPOLI & SIBLEY; and**<br>**STEVEN J. SIBLEY** |
| James L. Dawson, Esq.<br>Nicholas G. Emanuel, Esq.<br>GATES EISNEHART DAWSON | **Attorneys for Cross-Defendant & Cross-Complainant**<br>**SYLVIA COX** |

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax (415) 268-8180

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax (415) 268-8180

| | | |
|---|---|---|
| 1 | 125 South Market Street<br>Suite 1200<br>San Jose, CA 95113 | **Attorneys for Defendants**<br>**TRACY HEETER;**<br>**TRACY K. HEETER DDS, INC.;**<br>**SOUTH BAY DENTAL CENTER, INC.;**<br>**SOUTH BAY HEALTH CENTER, INC.; and**<br>**SYLVIA COX** |
| | | T:  (408) 288-8100<br>F:  (408) 288-9409<br>E:  jld@gedlaw.com<br>E:  mae@gedlaw.com<br>E:  sharlene@gedlaw.com |
| | | Asst:  Sharlene<br>E:  sharlene@gedlaw.com |
| 10 | ☐ Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor<br>U.S. District Court –<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | **JUDGE ASSIGNED FOR ALL PURPOSES**<br><br>T:<br>F:<br>E: |
| 14 | ☒ Office of the Clerk<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489<br><br>**Case No.: 3:06:cv- 04031-EMC**<br>**EMC Chambers Copy** | **COURTESY COPY**<br>**- 3 HOLE PUNCH LEFT HAND SIDE** |
| 18 | ☐ Randy Sugarman<br>SUGARMAN & COMPANY<br>500 Sansome Street<br>Suite 600<br>San Francisco, CA 94111 | **SPECIAL MASTER**<br><br>T:  (415) 395-7500<br>F:  (415) 658-2858<br>E:  rsugarman@sugarman-company.com |